**SABRINA P. SHROFF**
ATTORNEY AT LAW

351 BROADWAY
THIRD FLOOR
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939

December 18, 2005

VIA FACSIMILE
718 260 2457
Hon. John Gleeson
Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 30 2005 ★

BROOKLYN OFFICE

United States v. Adalberto Orrego
Criminal Number: 02-Cr. - 00274

Hon. Judge John Gleeson:

I am writing to request that the Court adjourn the conference in the above case currently set for December 19, 2005.

I apologize for the late request, and I am sorry to inconvenience the Court and the government but I made a mistake and thought I had asked for an adjournment, but simply did not. I do apologize for my mistake. I reached AUSA Dayton to inform her of my mistake and apologize for the inconvenience to her. I also have spoken to AUSA Fodeman and he consents to the adjournment.

Again, I apologize for my error, and request an adjournment of 30 days to properly prepare Mr. Orrego for sentence. I need a 30-day period of time to get Mr. Orrego's files from FCI-Otisville, and to get other papers that are relevant for Mr. Orrego's re-sentence after a <u>Fagans</u> remand. Thank you.

Respectfully submitted,

Sabrina P. Shroff

cc: AUSA Dayton, (via email & fax)

s/John Gleeson

New date 2/17/06
@ 2:00 PM